IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BRETT ALAN MEANS | § | |
| v. | § | CIVIL ACTION NO. 6:05cv384 |
| JUDE FORBES, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Brett Means, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Means complained that he was denied proper medical care because his psychiatric medications were stopped between February and September of 2005. The Magistrate Judge conducted an evidentiary hearing on April 27, 2006.

Following the hearing, the Magistrate Judge issued a Report on May 2, 2006, recommending that the lawsuit be dismissed. Means received a copy of this Report on or before May 11, 2006, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

   The Court has carefully reviewed the pleadings and documents in this case, as well as the Report of the Magistrate Judge. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

   ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court. It is further

   ORDERED that the above-styled civil action be and hereby is DISMISSED with prejudice as frivolous. 28 U.S.C. §1915A(b). It is further

   ORDERED that any and all motions which may be pending in this action are hereby DENIED.

   **SIGNED this 11st day of August, 2006.**

*[signature: Michael Schneider]*

MICHAEL H. SCHNEIDER  
UNITED STATES DISTRICT JUDGE